## ESTATE OF ANN CALLAGHAN, DECEASED.
### [No. 16,170; decided August, 1897.]

**Devise to Executor in Trust by Implication.**—Devises of land to executors in trust, by implication, are not favored, and are tolerated only where the probability of the testator's intention to that effect is so strong that a contrary presumption cannot be entertained.

**Devise—Invalid Trust—Restraint on Alienation.**—Where a testatrix, after describing certain real estate, states, "I have great faith in the future value of said piece of property, and my desire is that my share in it shall not be sold until it is absolutely necessary so to do," and then adds, "When said land is sold, a sum equal to sixty thousand dollars shall be invested by my executors in bonds or dividend stocks or loans secured by good mortgages, and the net income received therefrom shall be distributed as above directed," such provisions are bad as a trust in the land, and as a power in trust, and as in restraint of alienation.